IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VINCENT CULLIVER,

    Plaintiff,

v.                                            CASE No. 3:21-cv-4942-MCR-GRJ

BP EXPLORATION & PRODUCTION
INC. and BP AMERICA PRODUCTION
COMPANY,

    Defendants.
_____/

## O R D E R

Pending before the Court is Plaintiff's Request for Leave to Exceed Word Count on Plaintiff's Response to Center for Toxicology and Environmental Health, LLC's Motion to Quash and for Protective Order. ECF No. 22.

Plaintiff requests leave to submit a memorandum of law in opposition to the motion to quash exceeding the 8,000-word count limitation in Local Rule 7.1(F). The motion to quash, however, was terminated in this case and was refiled in the miscellaneous action, *Culliver v. BP Exploration & Production, Inc., et al.,* case no. 3:22-mc-6-MCR-GRJ. In the miscellaneous case the Court entered an order granting Plaintiff's motion to exceed the word count. Consequently, because the motion to quash has been

terminated in this case there is no need to file a memorandum in opposition in this case. The motion, therefore, is moot.

Accordingly, upon due consideration, it is **ORDERED**:

Plaintiff's Request for Leave to Exceed Word Count on Plaintiff's Response to Center for Toxicology and Environmental Health, LLC's Motion to Quash and for Protective Order, ECF No. 22, is **TERMINATED as moot**.

**DONE AND ORDERED** this 9th day of February 2022.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge